■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON HOPSON, Appellant. [689 NYS2d 398] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Rohl, J.), rendered March 26, 1996, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered. The facts have been considered and are determined to have been established.

We agree with the defendant that the testimony presented at the *Hinton* hearing (*see, People v Hinton,* 31 NY2d 71, *cert denied* 410 US 911), was insufficient to support the closure of the courtroom (*see, People v Martinez,* 82 NY2d 436). Accordingly, the trial court erred in sealing the courtroom during the testimony of the two undercover officers, and a new trial must

be held (*see, People v Martinez,* 250 AD2d 708; *People v Parrish,* 224 AD2d 553; *People v Alvarado,* 223 AD2d 712; *People v Smith,* 216 AD2d 335).

The defendant's remaining contentions are either without merit or unpreserved for appellate review (*see,* CPL 470.05 [2]). Bracken, J. P., Thompson, Joy and Luciano, JJ., concur.